# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNITED STATES OF AMERCIA,<br>Plaintiff(s)<br>vs.<br>STEVEN CHARLES DEMARAY,<br>Defendant(s) | | | | HEARING MINUTES<br>Case No.:<br>Presiding Judge:<br>Deputy Clerk:<br>Official Court Record: | Sealed: No<br>21-CR-2074-CJW-MAR-1<br>Mark A Roberts, Magistrate Judge<br>Sarah Melvin<br>FTR Gold<br>-- | | | |
| Date: | 11/10/2021 | Start: | 3:07 PM | Adjourn: | 3:18 PM | Courtroom: | 4, 4th Floor, Cedar Rapids, IA | |
| Appearances: | Plaintiff(s): | AUSA Dillan Edwards (by telephone) | | | | | | |
| | Defendant(s): | Appears in person and is represented by AFPD Chris Nathan | | | | | | |
| | U.S. Probation: | Amy Moser and Mukaddas Alhassan | | | | | | |
| | Interpreter: | --- | | Language: | --- | Certified: | -- | Phone: -- |
| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | X | | | |

| | |
|---|---|
| Date of indictment: | 11/4/2021 |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded: | Not Guilty |
| Counsel: Retained: or Appointed FPD or CJA: X | AFPD Jill Johnston |
| Stipulation to discovery plan? Yes | Did defendant provide financial affidavit? No |
| Did the government move for detention? No | Was the defendant detained? No |
| Oral Motion for Detention/Preliminary hearing? --- | Date: --- |
| Trial date: | 1/10/2022- CJW |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| | |
|---|---|
| **Miscellaneous:** | Court advises the Defendant of his consular notification rights.<br><br>Defendant waives formal reading of the Indictment.<br><br>Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court.<br><br>Defendant released under the terms and conditions set forth in the Order Setting Conditions of Release. |